No. 93–5653. KELLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5655. CARRAWAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5662. WALKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5665. COMBS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5667. SCHULTZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5668. YARBROUGH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5670. WINCHESTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5672. BELLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5674. SCHALLOM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5675. WALTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5676. YARBROUGH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5677. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5678. BAZUAYE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5681. WHITAKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5686. PEREZ ZAMBRANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5687. SALAHUDDIN *v.* JONES ET AL. C. A. 2d Cir. Certiorari denied.